# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Marcus Allen Irlbeck, | ) | Case No. 4:14-cr-175-1 |
| | ) | |
| Defendant. | ) | |

On November 25, 2014, the court conditionally released defendant to Centre, Inc., in Mandan, North Dakota, pending trial. On January 22, 2015, the supervising pretrial services officer conveyed to the court defendant's request for a temporary modification of his release conditions so that defendant can attend Damien Deschamp's wake and funeral in Dunseith, North Dakota, on January 23 and 24, 2014.

The court **GRANTS** defendant's request. Defendant shall be temporarily released to the custody of grandparents no later than 8:00 a.m. on Friday, January 23, 2015, so that he may attend the wake and funeral. Defendant shall return to the Centre, Inc. no later than 5:00 p.m. on January 25, 2015. While in the custody of his grandparents, defendant shall report as directed by the supervising pretrial services officer. All other conditions of release previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court