## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **AMENDED ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Marcus Allen Irlbeck, | ) | |
| | ) | Case No. 4:14-cr-175-1 |
| Defendant. | ) | |

On January 22, 2015, the court issued an order temporarily modifying Defendant Marcus Allen Irlbeck's conditions of release to permit him to attend Damien Deschamp's wake and funeral in Dunseith, North Dakota. On January 23, 2015, the supervising pretrial services officer requested that the order be amended because the date of the wake and funeral had been changed and to permit defendant to be released to his mother rather than his grandparents.

The court's order modifying conditions of release (Docket No. 24) is **AMENDED** to provide that defendant shall be temporarily released to the custody of <u>his mother no earlier than 12:00 PM on January 24, 2015</u>, so that he may attend the wake and funeral. Defendant shall return to Centre, Inc. <u>no later than 10:00 PM on January 26, 2015</u>. While in the custody of <u>his mother</u>, defendant shall report as directed by the supervising pretrial services officer. All other conditions of release previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court