# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| vs. ) | |
| ) | |
| Marcus Allen Irlbeck, ) | |
| ) | Case No. 4:14-cr-175 |
| Defendant. ) | |

Before the Court is a Report and Recommendation submitted by Magistrate Judge Charles S. Miller Jr. on July 24, 2015. See Docket No. 53. A change of plea hearing was held in the above-entitled matter on July 22, 2015. Pursuant to a written plea agreement, the Defendant, Marcus Allen Irlbeck, entered a plea of guilty to an information charging him with the offense of Aggravated Sexual Abuse in violation of 18 U.S.C. § 2241(a)(1) and 1153. Judge Miller found that the plea was freely and voluntarily given, was knowingly and intelligently made with the advice of counsel, and was not the result of force or threats or of promises outside those contained in the plea agreement. Judge Miller recommended that the Defendant's plea of guilty be accepted. Neither party has filed an objection.

The Court has reviewed the Report and Recommendation, the transcript of the hearing, the relevant case law, and the record as a whole and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 53) in its entirety and **ACCEPTS** Defendant Marcus Allen Irlbeck's plea of guilty to an information charging him with the offense of Aggravated Sexual Abuse.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2015.

                                              */s/ Daniel L. Hovland*
                                              Daniel L. Hovland, District Judge
                                              United States District Court